IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CR 90-MR-WCM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SIVA K. DURBESULA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court for the purpose addressing the appearance of the Defendant in this district following an August 26, 2020 Order granting Defendant's Motion to Transfer this matter from the District of South Carolina to the Western District of North Carolina. See Doc. 1.

The following information appears from the available docket:

A sealed indictment was filed against Defendant on January 28, 2020.

Defendant was arraigned on March 3, 2020 at which time the indictment was unsealed as to Defendant and the Office of the Federal Public Defender was appointed to represent Defendant. Defendant entered a plea of not guilty and waived his right to a detention hearing at that time.

A superseding indictment was filed on August 19, 2020. A Motion to Dismiss or Transfer was filed by Defendant on the same day.

Defendant was arraigned on the superseding indictment on August 25, 2020 and entered a plea of not guilty.  He continued to waive his right to a

1

detention hearing.

On August 26, 2020, Defendant's Motion to Transfer was granted.

**IT IS THEREFORE ORDERED THAT:**

1. The Clerk is **DIRECTED** to transmit to the United States Marshals Service a copy of the superseding indictment along with a copy of the Order directing transfer of the case to this district.

2. The United States Marshals Service is **DIRECTED** to transport Defendant to this district for further proceedings at the first available opportunity.

3. The Clerk is **DIRECTED** to schedule a status conference for the first available date following confirmation of Defendant's arrival in this district, with notice of that conference being provided to counsel of record in the District of South Carolina as well as to the Government and the Federal Defender's Office in this district.

Signed: September 2, 2020

W. Carleton Metcalf
United States Magistrate Judge