# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:20-cr-00090-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> SIVA K. DURBESULA, ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Defendant's *pro se* filings received by the Court on May 17, 2021 [Doc. 35] and May 24, 2021 [Doc. 37].

On November 9, 2021, the Defendant was found guilty by a jury of one count of abusive sexual contact without permission, in violation of 18 U.S.C. § 2244(b) and 49 U.S.C. § 46506(a). [Doc. 26]. The Defendant is represented by attorney Andrew Banzhoff.

On May 17, 2021 and May 24, 2021, the Defendant filed untitled documents with the Court requesting his release pending sentencing and other various forms of relief. The Defendant, however, is currently represented by counsel. The Court does not ordinarily permit filings by a

criminal defendant who is represented by counsel and who has not formally waived his right to counsel. See LCrR 47.1(g). For all these reasons, the Defendant's *pro se* filings will be stricken from the record.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* filings [Docs. 35, 37] are hereby **STRICKEN** from the record.

**IT IS SO ORDERED.**

Signed: June 7, 2021

Martin Reidinger
Chief United States District Judge